

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF PUBLIC SAFETY, | § | No. 08-11-00178-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law Number Five |
| | § | |
| RAUL RENE CASTRO, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2010-C00119) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the County Court at Law's order and render judgment reinstating the administrative law judge's order authorizing the suspension of Appellant's driving privileges.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF JULY, 2013.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating